| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1** | |
| **MCDERMOTT WILL & SCHULTE** Darren Azman, Esq. (*pro hac vice* pending) Kristin K. Going, Esq. (*pro hac vice* pending) Gregg Steinman, Esq. (*pro hac vice* pending) Joel C. Haims, Esq. (*pro hac vice* pending) One Vanderbilt Avenue New York, New York 10017 Telephone: (212) 547-5400 Facsimile: (212) 547-5444 Email: kgoing@mwe.com        dazman@mwe.com        gsteinman@mwe.com        jhaims@mwe.com  *Proposed Counsel to the Official Committee of Unsecured Creditors* | **KELLEY DRYE & WARREN LLP** James S. Carr, Esq. Connie Y. Choe, Esq. 7 Giralda Farms Suite 340 Madison, NJ 07940 Tel: (973) 503-5900 Fax: (973) 503-5950 Email: jcarr@kelleydrye.com        cchoe@kelleydrye.com  *Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |
| In re:  STG LOGISTICS, INC., *et al.,*  Debtors.[1] | Chapter 11  Case No. 26-10258 (MEH)  (Jointly Administered) |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES AND PAPERS, AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that in accordance with Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures and section 1109(b) of the Bankruptcy Code, the undersigned appear on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases (the "Chapter 11 Cases"). Request is made that

---

[1]    The last four digits of Debtor STG Logistics, Inc.'s tax identification number are 8624. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/STGLogistics. The location of the Debtors' service address in these chapter 11 cases is: 5165 Emerald Parkway, Dublin, Ohio 43017.

the documents filed in these Chapter 11 Cases be served on the undersigned at the following

addresses:

| MCDERMOTT WILL & SCHULTE | KELLEY DRYE & WARREN LLP |
|---|---|
| Darren Azman, Esq. | James S. Carr, Esq. |
| Kristin K. Going, Esq. | Eric R. Wilson, Esq. |
| Gregg Steinman, Esq. | Nathan S. Greenberg, Esq. |
| Joel C. Haims, Esq. | Connie Y. Choe, Esq. |
| One Vanderbilt Avenue | 7 Giralda Farms |
| New York, New York 10017 | Suite 340 |
| Telephone: (212) 547-5400 | Madison, NJ 07940 |
| Facsimile:  (212) 547-5444 | Tel: (973) 503-5900 |
|  Email: kgoing@mwe.com | Fax: (973) 503-5950 |
|         dazman@mwe.com | Email: ngreenberg@kelleydrye.com |
|         gsteinman@mwe.com |          cchoe@kelleydrye.com |
|         jhaims@mwe.com |          kdwbankruptcydepartment@kelleydrye.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without

limitation, all notices and papers referred to in the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), title 11 of the United States Code (the "Bankruptcy Code"), and the

Local Rules of the United States Bankruptcy Court District of New Jersey, and also includes,

without limitation, notices of any orders, pleadings, motions, applications, complaints, demands,

hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any

of the foregoing, and any other document brought before this Court with respect to these Chapter

11 Cases and any proceedings therein, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex or otherwise,

all of which shall be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any

later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders

in non-core matters entered only after de novo review by a judge of the United States District Court

for the District of New Jersey (the "District Court"), (ii) the right to trial by jury in any proceeding

2

related to this proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.  Nor shall this Notice of Appearance be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure. Unless and until the Committee expressly states otherwise, the Committee does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: February 3, 2026

**KELLEY DRYE & WARREN LLP**

*/s/ James S. Carr*
James S. Carr, Esq.
Connie Y. Choe, Esq.
7 Giralda Farms
Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: jcarr@kelleydrye.com
        cchoe@kelleydrye.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

-and-

**MCDERMOTT WILL & SCHULTE**
Darren Azman, Esq. (*pro hac vice* pending)
Kristin K. Going, Esq. (*pro hac vice* pending)
Gregg Steinman, Esq. (*pro hac vice* pending)
Joel C. Haims, Esq. (*pro hac vice* pending)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: kgoing@mwe.com
        dazman@mwe.com
        gsteinman@mwe.com
        jhaims@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

4