| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COLE SCHOTZ P.C.** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Michael D. Sirota, Esq. |
| Patrick J. Nash, Jr., P.C. (*pro hac vice* pending) | Warren A. Usatine, Esq. |
| Yusuf Salloum (*pro hac vice* pending) | Felice R. Yudkin, Esq. |
| Ashley L. Surinak (*pro hac vice* pending) | Daniel J. Harris, Esq. |
| 333 West Wolf Point Plaza | Court Plaza North, 25 Main Street |
| Chicago, Illinois 60654 | Hackensack, New Jersey 07601 |
| Telephone: (312) 862-2000 | Telephone: (201) 489-3000 |
| Facsimile: (312) 862-2200 | msirota@coleschotz.com |
| patrick.nash@kirkland.com | wusatine@coleschotz.com |
| yusuf.salloum@kirkland.com | fyudkin@coleschotz.com |
| ashley.surinak@kirkland.com | dharris@coleschotz.com |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| STG LOGISTICS, INC., *et al*., | Case No. 26-10258 (MEH) |
| Debtors. | (Jointly Administered) |

**DEBTORS' APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF STIPULATION AND AGREED ORDER BY AND AMONG THE DEBTORS, THE NON-DEBTOR STIPULATING PARTIES, AXOS FINANCIAL, INC., AND SIEMENS FINANCIAL SERVICES, INC.**

TO THE HONORABLE MARK E. HALL,
UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors-in-possession (the "Debtors"), by and through their undersigned co-counsel, respectfully state the following in support of this application (the "Application"), pursuant to D.N.J. LBR 9019-4(b), seeking the approval and entry of the proposed *Stipulation and Agreed Order By and Among the Debtors, the Non-Debtor Stipulating Parties,*

*Axos Financial, Inc., and Siemens Financial Services, Inc.* (the "Proposed Stipulation"),[1] a copy of which is attached hereto as **Exhibit 1**, and respectfully state as follows:

1. On January 8, 2025, Axos Financial, Inc. and Siemens Financial Services, Inc. (together, the "Plaintiffs") filed a complaint (as amended, the "Complaint") in the Supreme Court of the State of New York, County of New York, Commercial Division (the "State Court") against Debtors Reception Purchaser, LLC, Reception Mezzanine Holdings, LLC, STG Distribution, LLC, and STG Distribution Holdings, LLC (collectively, the "Debtor Defendants") (and, together with the Non-Debtor Defendants, the "Defendants"), styled *Axos Financial, Inc., Siemens Financial Services, Inc., v. Reception Purchaser, LLC, et al.*, Index No. 650108/2025 (the "Prepetition Action").

2. The Complaint asserted 13 counts seeking, *inter alia*, a declaratory judgment that an October 2024 transaction (the "October 2024 LMT") was invalid, as well as certain equitable relief and damages for breach of contract and for avoidance of fraudulent transfers in relation to the October 2024 LMT.

3. On March 31, 2025, the Defendants filed with the State Court four separate motions to dismiss the Complaint (collectively, the "Motions to Dismiss").

4. On May 30, 2025, the Plaintiffs filed pleadings in opposition to the Motions to Dismiss, and the State Court thereafter conducted a hearing on the Motions to Dismiss on August 12, 2025.

5. On January 3, 2026, the State Court issued a decision and entered an order regarding the Motions to Dismiss (the "State Court Decision") dismissing one of Plaintiffs' 13

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Proposed Stipulation.

2

claims and denying the motion to dismiss the remaining 12 claims (the "State Court Claims"), and ordering that the Defendants file their answers to the remaining claims of the Complaint within twenty (20) days of the filing of notice of entry of the State Court's ruling.

6. Between January 5 and January 20, 2026, all Defendants filed Notices of Entry of the State Court's ruling.

7. Between January 7 and January 20, 2026, all Defendants filed Notices of Appeal of the State Court's ruling to the New York Appellate Division, First Department.

8. On January 12, 2026, each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Chapter 11 Cases").

9. On January 16, 2026, the State Court issued an order staying the State Court litigation in full in light of the Debtors' bankruptcy filing.

10. The Parties have agreed to fully litigate and have the Bankruptcy Court adjudicate all issues and claims between the Parties, including without limitation, the State Court Claims in connection with the Chapter 11 Cases and any adversary proceeding filed in connection therewith, and the Parties consent to the Bankruptcy Court finally hearing and deciding these issues and claims.[2] To facilitate the full and efficient litigation, adjudication and resolution of the State Court Claims, the Parties have agreed to the schedule set forth in the Proposed Stipulation.

11. This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion in support of the Debtors' request that the Court enter the Proposed Stipulation, as presented. The

---

[2] However, to the extent the Bankruptcy Court's decisions, rulings and orders do not finally resolve any claims asserted in the Chapter 11 Cases and any adversary proceeding filed in connection therewith against parties other than the Debtors as part of the Chapter 11 Cases and any adversary proceeding filed therewith (including any counterclaims, cross-claims, or third-party claims) notwithstanding the parties' consent and intent for such claims to be heard and decided by the Bankruptcy Court as part of the Chapter 11 Cases and any adversary proceeding filed in connection therewith, each of the parties reserves all of its rights to pursue such claims against any or all of the Non-Debtors and those parties each reserve all rights to argue that the Bankruptcy Court's decisions, rulings and orders preclude or otherwise bar such claims.

3

Debtors submit that the Proposed Stipulation is in the best interests of the Debtors' estates and creditors.

12. No previous application for the relief sought herein has been made to this or any other Court.

[*Remainder of page intentionally left blank*]

Dated: February 4, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Yusuf Salloum (admitted *pro hac vice*)
Ashley L. Surinak (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
patrick.nash@kirkland.com
yusuf.salloum@kirkland.com
ashley.surinak@kirkland.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

# Exhibit 1

**Proposed Stipulation**

|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Yusuf Salloum (admitted *pro hac vice*)<br>Ashley L. Surinak (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>patrick.nash@kirkland.com<br>yusuf.salloum@kirkland.com<br>ashley.surinak@kirkland.com<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Daniel J. Harris<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>dharris@coleschotz.com<br><br>*Proposed Co-Counsel to the Debtors and Debtors*<br>*in Possession* |

Order Filed on February 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| STG LOGISTICS, INC., *et al*., | Case No. 26-10258 (MEH) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The last four digits of Debtor STG Logistics, Inc.'s tax identification number are 8624. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/STGLogistics. The location of the Debtors' service address in these chapter 11 cases is: 5165 Emerald Parkway, Dublin, Ohio 43017.

### STIPULATION AND AGREED ORDER BY AND AMONG
### THE DEBTORS, THE NON-DEBTOR STIPULATING PARTIES,
### AXOS FINANCIAL, INC., AND SIEMENS FINANCIAL SERVICES, INC.

The relief set forth on the following pages, numbered three (3) through eight (8), is ORDERED.

**DATED: February 13, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

(Page 3)
Debtors: STG LOGISTICS, INC., *et al*.
Case No. 26-10258 (MEH)
Caption of Order: Stipulation and Agreed Order by and Among the Debtors, the Non-Debtor Stipulating Parties, Axos Financial, Inc., and Siemens Financial Services, Inc.

---

This Stipulation and Agreed Order (the "Stipulation and Order") is made and entered into by and among STG Logistics, Inc. and certain of its affiliates as debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases before the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), the non-Debtor parties identified in **Exhibit A** hereto (the "Non-Debtor Defendants"), on one hand, and Axos Financial, Inc. ("Axos") and Siemens Financial Services, Inc. ("Siemens" and, collectively with Axos, the Debtors, and the Non-Debtor Stipulating Parties, the "Parties"), on the other hand, by and through their undersigned counsel.  The parties hereby stipulate and agree as follows:

## RECITALS

**WHEREAS**, on January 8, 2025, Axos and Siemens (together, the "Plaintiffs") filed a complaint (as amended, the "Complaint") in the Supreme Court of the State of New York, County of New York, Commercial Division (the "State Court") against Debtors Reception Purchaser, LLC, Reception Mezzanine Holdings, LLC, STG Distribution, LLC, and STG Distribution Holdings, LLC (collectively, the "Debtor Defendants") (and, together with the Non-Debtor Defendants, the "Defendants"), styled *Axos Financial, Inc., Siemens Financial Services, Inc., v. Reception Purchaser, LLC, et al.*, Index No. 650108/2025 (the "Prepetition Action");

**WHEREAS**, the Complaint asserted 13 counts seeking, *inter alia*, a declaratory judgment that an October 2024 transaction (the "October 2024 LMT") was invalid, as well as certain equitable relief and damages for breach of contract and for avoidance of fraudulent transfers in relation to the October 2024 LMT;

**WHEREAS**, on March 31, 2025, the Defendants filed with the State Court four separate

(Page 4)
Debtors:            STG LOGISTICS, INC., *et al*.
Case No.            26-10258 (MEH)
Caption of Order:   Stipulation and Agreed Order by and Among the Debtors, the Non-Debtor Stipulating Parties, Axos Financial, Inc., and Siemens Financial Services, Inc.

motions to dismiss the Complaint (collectively, the "Motions to Dismiss");

**WHEREAS**, on May 30, 2025, the Plaintiffs filed pleadings in opposition to the Motions to Dismiss, and the State Court thereafter conducted a hearing on the Motions to Dismiss on August 12, 2025;

**WHEREAS**, on January 3, 2026, the State Court issued a decision and entered an order regarding the Motions to Dismiss (the "State Court Decision") dismissing one of Plaintiffs' 13 claims and denying the motion to dismiss the remaining 12 claims (the "State Court Claims"), and ordering that the Defendants file their answers to the remaining claims of the Complaint within twenty (20) days of the filing of notice of entry of the State Court's ruling;

**WHEREAS**, between January 5 and January 20, 2026, all Defendants filed Notices of Entry of the State Court's ruling;

**WHEREAS**, between January 7 and January 20, 2026, all Defendants filed Notices of Appeal of the State Court's ruling to the New York Appellate Division, First Department;

**WHEREAS**, on January 12, 2026, each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Chapter 11 Cases");

**WHEREAS**, on January 16, 2026, the State Court issued an order staying the State Court litigation in full in light of the Debtors' bankruptcy filing;

**WHEREAS**, the Parties have agreed to fully litigate and have the Bankruptcy Court adjudicate all issues and claims between the Parties, including without limitation, the State Court Claims in connection with the Chapter 11 Cases and any adversary proceeding filed in connection therewith, and the Parties consent to the Bankruptcy Court finally hearing and deciding these issues

| | |
|---|---|
| (Page 5) | |
| Debtors: | STG LOGISTICS, INC., *et al*. |
| Case No. | 26-10258 (MEH) |
| Caption of Order: | Stipulation and Agreed Order by and Among the Debtors, the Non-Debtor Stipulating Parties, Axos Financial, Inc., and Siemens Financial Services, Inc. |

and claims, *provided, however*, that to the extent the Bankruptcy Court's decisions, rulings and orders do not finally resolve any claims asserted in the Chapter 11 Cases and any adversary proceeding filed in connection therewith against parties other than the Debtors as part of the Chapter 11 Cases and any adversary proceeding filed therewith (including any counterclaims, cross-claims, or third-party claims) notwithstanding the parties' consent and intent for such claims to be heard and decided by the Bankruptcy Court as part of the Chapter 11 Cases and any adversary proceeding filed in connection therewith, each of the parties reserves all of its rights to pursue such claims against any or all of the Non-Debtors and those parties each reserve all rights to argue that the Bankruptcy Court's decisions, rulings and orders preclude or otherwise bar such claims;

**WHEREAS**, to facilitate the full and efficient litigation, adjudication and resolution of the State Court Claims, the Parties have agreed to the schedule set forth below.

**THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT:**

1. The above recitals are incorporated by reference into this Stipulation and Order with the same force and effect as if fully set forth hereinafter.

2. The Prepetition Action will remain stayed in the State Court pending the resolution of the Chapter 11 Cases, absent a contrary order of the Bankruptcy Court, without prejudice to any party's position regarding the applicability or scope of the automatic stay under 11 U.S.C. § 362 to any non-debtor party.

3. The Parties agree that no later than **February 4, 2026**, the Plaintiffs shall commence an adversary proceeding (the "Adversary Proceeding") by the filing of a complaint (the "Adversary Proceeding Complaint") which shall assert essentially the same surviving State Court

(Page 6)
Debtors: STG LOGISTICS, INC., *et al*.
Case No. 26-10258 (MEH)
Caption of Order: Stipulation and Agreed Order by and Among the Debtors, the Non-Debtor Stipulating Parties, Axos Financial, Inc., and Siemens Financial Services, Inc.

Claims against the same Defendants as named in the Complaint, plus any other claims arising out of the October 2024 LMT.

4. The Parties agree that, within fourteen (14) days of filing of the Adversary Proceeding Complaint, the Defendants will file their answers to the Adversary Proceeding Complaint.

5. Instead of removing and transferring the Prepetition Action to this Court, in the interest of efficiency, the Parties agree that the Adversary Proceeding shall proceed as the functional equivalent of the Prepetition Action, as if the Prepetition Action had been removed to the Bankruptcy Court pursuant to 28 U.S.C. § 1452. Given that the Parties agree that the issues underlying the Adversary Proceeding will need to be addressed by the Court in connection with a contemplated sale hearing or confirmation hearing, as applicable, in the interest of efficiency and without any concession by Defendants that there is any legal or factual merit to the claims, the Parties agree that Defendants will answer, and will not move to dismiss or move for judgment on the pleadings with respect to, any claims in the Adversary Proceeding on which the State Court Decision denied Defendants' motions to dismiss. Nothing in this paragraph shall prejudice either Defendants' rights with respect to any arguments they may raise regarding the legal or factual merits of Plaintiffs' claims at later stages of the Adversary Proceeding, including at summary judgment, at trial, or in any appeal, or Plaintiffs' rights or arguments in response thereto.

6. The Parties agree that they are able to use the documents previously produced in the Prepetition Action in the Chapter 11 Cases or the Adversary Proceeding, consistent with any confidentiality restrictions on such documents from the Prepetition Action, without prejudice to

(Page 7)
Debtors: STG LOGISTICS, INC., *et al*.
Case No. 26-10258 (MEH)
Caption of Order: Stipulation and Agreed Order by and Among the Debtors, the Non-Debtor Stipulating Parties, Axos Financial, Inc., and Siemens Financial Services, Inc.

---

any discovery that the Parties shall be entitled to seek in the Chapter 11 Cases or the Adversary Proceeding, and without prejudice to any Party's rights to seek relief from the Bankruptcy Court in relation to any deficiencies in the Parties' document productions in the Prepetition Action.

7. The Parties are authorized and empowered to take any and all actions necessary to effectuate the terms of this Stipulation and Order.

8. Nothing herein shall prejudice the Parties' rights to agree to amendments to this schedule or to otherwise seek amendments to this schedule for good cause shown.

9. Unless otherwise agreed by the Parties or ordered by the Court, the Parties agree to the following litigation schedule in the Adversary Proceeding (the "Schedule"):

   a. **February 11, 2026** shall be the date that the parties may begin fact depositions.

   b. **March 20, 2026** shall be the date that the Parties conclude fact depositions.

   c. **March 24, 2026** shall be the date that the Parties serve opening expert reports.

   d. **April 15, 2026** shall be the date that the Parties serve rebuttal expert reports.

   e. **April 22, 2026** shall be the date for the Parties to conclude expert depositions.

   f. **April 29, 2026** shall be the date that the Parties file opening pre-hearing briefs.

   g. **May 12, 2026** shall be the date that the Parties file rebuttal pre-hearing briefs.

   h. **May 15, 2026** shall be the date that the Parties file witness and exhibit lists.

   i. Subject to Court availability, **May 18, 2026** shall be the date of the final hearing, which shall occur simultaneously with a sale hearing if a sale hearing is to occur or a confirmation hearing.

10. If, by **five days prior to any sale or confirmation hearing**, such hearing is canceled or continued, the Parties will work in good faith to amend the Schedule such that all issues will be heard in connection with a continued sale hearing and/or confirmation.

(Page 8)
Debtors: STG LOGISTICS, INC., *et al*.
Case No. 26-10258 (MEH)
Caption of Order: Stipulation and Agreed Order by and Among the Debtors, the Non-Debtor Stipulating Parties, Axos Financial, Inc., and Siemens Financial Services, Inc.

---

11. Each of the Parties represents and warrants that it is duly authorized to enter into and be bound by this Stipulation and Order.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Order.

13. Except as specifically provided for herein, the Parties reserve all rights and defenses available to them in the Prepetition Action and these Chapter 11 Cases. Entry into this Stipulation and Order shall not impair or otherwise affect such rights and defenses, and all such rights and defenses are expressly preserved.

14. This Stipulation may be executed in identical counterparts, including by facsimile and/or electronic mail, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**STIPULATED AND AGREED TO THIS 3rd DAY OF FEBRUARY, 2026:**

/s/ *Jennifer M. Selendy*
Jennifer M. Selendy, Esq. (admitted *pro hac vice*)
Andrew R. Dunlap, Esq. (admitted *pro hac vice*)
David A. Coon, Esq. (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 390-9000
jselendy@selendygay.com
adunlap@selendygay.com
dcoon@selendygay.com

*Co-Counsel for Axos Financial, Inc. and Siemens Financial Services, Inc.*

/s/ *Patrick J. Nash, Jr*
Patrick J. Nash, Jr., P.C. (*pro hac vice* pending)
Yusuf Salloum (*pro hac vice* pending)
Ashley L. Surinak (*pro hac vice* pending)
Michael C. Whalen (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-2000
patrick.nash@kirkland.com
yusuf.salloum@kirkland.com
ashley.surinak@kirkland.com
michael.whalen@kirkland.com

/s/ *Josh Greenblatt*
Josh Greenblatt, P.C.
Jeffrey R. Goldfine
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4839
josh.greenblatt@kirkland.com
jeffrey.goldfine @kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

/s/ *Joseph L. Schwartz*
Joseph L. Schwartz, Esq.
Daniel A. Bloom, Esq.
John J. Harmon, Esq.
**RIKER DANZIG LLP**
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
dbloom@riker.com
jharmon@riker.com

*Co-Counsel for Axos Financial, Inc. and Siemens Financial Services, Inc.*

/s/ *C. Lee Wilson*
C. Lee Wilson
Nicholaus C. Mills
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-4252
clwilson@gibsondunn.com
nmills@gibsondunn.com

*Counsel for the Stipulating Lenders*

/s/ *Michael D. Sirota*
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
**COLE SCHOTZ P.C.**
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Tel: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

*/s/ Elliot Moskowitz*
Elliot Moskowitz
Adam Greene
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4241
elliot.moskowitz@davispolk.com
adam.greene@davispolk.com

*Counsel for the Antares Entities*

# EXHIBIT A

## Non-Debtor Stipulating Parties

**Antares Entities:**
- Antares Capital LP
- Antares Assetco LP
- Antares Credit Opportunities VI LLC
- Antares Credit Opportunities Funding VI LLC
- Antares Credit Opportunities MA II LP
- Antares Credit Opportunities CA LLC
- Antares Credit Opportunities CA SPV III LLC
- Antares Credit Fund II LP
- Antares Strategic Credit I Master LP
- Antares Strategic Credit I SPV LLC
- Antares Senior Loan EF Master II (Cayman LP)
- Antares Senior Loan EF II SPV LLC
- Antares Senior Loan Master Fund II LP
- Antares Senior Loan Parallel Fund II SPV LLC
- Antares Senior Loan Parallel Master Fund II LP
- Antares Credit Fund I LP
- Antares Holdings LP

**Stipulating Lenders:**
- Deutsche Bank AG, London Branch
- Deutsche Bank AG, New York Branch
- Citizens Bank, National Association
- Prudential Hong Kong Limited
- ALCOF III NUBT, L.P.
- Audax Senior Debt (WCTPT) SPV II, LLC
- Audax Senior Loan Fund I (Offshore) SPV II, Ltd.
- Audax Senior Debt CLO 4, LLC
- Audax Senior Debt CLO 6, LLC
- Audax Credit Opportunities (SBA) SPV, LLC
- Audax Senior Debt CLO 7, LLC
- Audax Senior Loan SPV V, L.P.
- Audax Senior Debt CLO 8, LLC
- Audax Senior Debt CLO 9, LLC
- Audax Credit BDC Inc.
- Thorney Island Limited Partnership
- Knights of Columbus Private Credit Fund, LP
- Audax Senior Loan IDF Fund-E SPV II, LLC
- Audax SD-A SPV, L.P.

- Audax Senior Debt (PT), LLC
- IOF II Onshore First Lien, LLC
- IOF II Offshore First Lien, LLC
- Fortress Credit BSL XVI Limited
- Fortress Credit BSL XIX Limited
- Fortress Credit BSL XV Limited
- Fortress Credit BSL IX Limited
- Fortress Credit BSL III Limited
- Fortress Credit BSL VI Limited
- Fortress Credit BSL VII Limited
- Fortress Credit BSL VIII Limited
- Fortress Credit BSL X Limited
- Fortress Credit BSL XI Limited
- Fortress Credit BSL XII Limited
- Fortress Credit BSL XIII Limited
- Fortress Credit BSL XIV Limited
- Fortress Credit BSL XVII Limited
- Fortress Credit BSL XVIII Limited
- Fortress Credit Opportunities IX CLO Limited
- Fortress Credit Opportunities XI CLO Limited
- Fortress Credit Opportunities XIX CLO LLC
- Fortress Credit Opportunities XV CLO Limited
- Fortress Credit Opportunities XXI CLO LLC
- Fortress Credit Opportunities VIII CLO LLC
- FDF III Limited
- FDF IV Limited
- FDF V Limited
- FLF III-IV MA-CRPTF Holdings Finance L.P.
- FLF III AB Holdings Finance L.P.
- FLF III BAM Holdings Finance L.P.
- Drawbridge Special Opportunities Fund LTD
- Blue Eagle 2022-1B, LLC
- Blue Eagle 2022-1C, LLC
- Alinea CLO, Ltd.
- Annisa CLO, Ltd.
- Bardot CLO, Ltd.
- Betony CLO 2, Ltd.
- Diversified Credit Portfolio Ltd.
- HarbourView CLO VII-R, Ltd.
- Invesco CLO 2021-1, Ltd.
- Invesco CLO 2021-2, Ltd.
- Invesco CLO 2021-3, Ltd.
- Invesco CLO 2022-1, Ltd.
- Invesco CLO 2022-2, Ltd.

- Invesco CLO 2022-3, Ltd.
- Invesco Credit Partners Master Fund III, LP
- Invesco Credit Partners Opportunities Fund 2023, L.P.
- Invesco Dynamic Credit Opportunity Fund
- Invesco Floating Rate ESG Fund
- Invesco Floating Rate Income Fund
- Invesco Peak Nine, L.P.
- Invesco Sakura US Senior Secured Fund
- Invesco Senior Floating Rate Fund
- Invesco SSL Fund LLC
- Invesco Teton Fund LLC
- Invesco U.S. CLO 2024-1, Ltd.
- Invesco Zodiac Funds – Invesco European Senior Loan ESG Fund
- Invesco Zodiac Funds – Invesco European Senior Loan Fund
- Invesco Zodiac Funds – Invesco US Senior Loan ESG Fund
- Invesco Zodiac Funds – Invesco US Senior Loan Fund
- Milos CLO, Ltd.
- Recette CLO, Ltd.
- Riserva CLO Ltd.
- Upland CLO, Ltd.
- Verde CLO, Ltd.
- ISQ Infrastructure Credit Fund U.S. Pooling II, L.P.
- PA Senior Credit Opportunities Fund, L.P. (on behalf of its Unlevered Series)
- PA Senior Credit Funding SPV, LLC
- PennantPark Investment Corporation
- PennantPark Credit Opportunities Fund IV Aggregator, LP
- PennantPark CLO III, LTD
- PennantPark CLO V, LLC
- PennantPark CLO VII, LLC
- PennantPark CLO VI, LLC
- JNL/PPM America Floating Rate Income Fund, a Series of the JNL Series Trust
- BlueMountain CLO 2014-2 Ltd.
- BlueMountain CLO 2015-3 Ltd.
- BlueMountain CLO 2015-4 Ltd.
- BlueMountain CLO 2016-2 Ltd.
- BlueMountain CLO 2016-3 Ltd.
- BlueMountain CLO 2018-1 Ltd.
- BlueMountain CLO 2018-2 Ltd.
- BlueMountain CLO 2018-3 Ltd.
- BlueMountain CLO XXII Ltd.
- BlueMountain CLO XXIII Ltd.
- BlueMountain CLO XXIV Ltd.
- BlueMountain CLO XXIX Ltd.
- BlueMountain CLO XXV Ltd.

3

- BlueMountain CLO XXVI Ltd.
- BlueMountain CLO XXVIII Ltd.
- BlueMountain CLO XXX Ltd.
- BlueMountain CLO XXXI Ltd.
- BlueMountain CLO XXXII Ltd.
- BlueMountain CLO XXXIII Ltd.
- BlueMountain CLO XXXIV Ltd.
- BlueMountain CLO XXXV Ltd.
- BlueMountain Fuji US CLO I Ltd.
- BlueMountain Fuji US CLO II Ltd.
- BlueMountain Fuji US CLO III Ltd
- Prospect Capital Corporation
- Fidelity Central Investment Portfolios LLC: Fidelity Floating Rate Central Fund
- Fidelity Income Fund: Fidelity Total Bond Fund
- Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund
- Fidelity Salem Street Trust: Fidelity SAI Total Bond Fund
- Variable Insurance Products Fund: Floating Rate High Income Portfolio
- Fidelity Merrimack Street Trust: Fidelity Total Bond ETF
- Fidelity Private Credit Fund
- JNL/PPM America Floating Rate Income Fund
- FIAM Leveraged Loan LP
- JNL/Fidelity Institutional Asset Management Total Bond Fund
- FIAM Floating Rate High Income Commingled Pool
- Fidelity Inflation-Focused Fund
- Fidelity Floating Rate High Income Multi-Asset Base Fund
- Fidelity Floating Rate High Income Fund
- Fidelity Direct Lending Fund I JSPV LLC
- Ballyrock CLO 20 Ltd.
- Ballyrock CLO 2020-2 Ltd.
- Ballyrock CLO 14 Ltd.
- Ballyrock CLO 15 Ltd.
- Ballyrock CLO 16 Ltd.
- Ballyrock CLO 17 Ltd.
- Ballyrock CLO 19 Ltd.
- Ballyrock CLO 2019-2 Ltd.
- Ballyrock CLO 18 Ltd.
- Ballyrock CLO 2019-1 Ltd.
- Sentry Insurance Company